# EXHIBIT B

NEWS

# FBI translator who married ISIS terrorist refuses to talk about tryst

By Kirstan Conley, Gabrielle Fonrouge and Bruce Golding

May 3, 2017 | 10:47pm | Updated



Daniela Greene leaves her home in Syracuse, NY.
Matthew McDermott

The rogue FBI translator who fell in love and married a bloodthirsty ISIS terrorist hid her face in shame and refused to discuss her treasonous affair as she scurried from her upstate home on Wednesday.

Ex-con Daniela Greene lives on a rundown block in a Syracuse neighborhood that's home to a large population of Muslim immigrants.

ADVERTISING

Greene, 38, wore a hooded olive field jacket and pulled down the brim of a white cap before driving off in a brand-new Subaru.

On Monday, Greene was revealed to have spent two years in the slammer for lying about a 2014 trip she took to Syria, where she hooked up with notorious German rapper-turned-ISIS recruiter Denis "Deso Dogg" Cuspert.

Greene had been assigned to investigate Cusbert while working for the FBI in Detroit and married him after sneaking into Syria from Turkey, according to court records.

At the time, she was already married to an American she met while he served as a US Army solider in Germany, where she was raised after being born in the former Czechoslovakia, according to CNN, which broke the story.

In a message relayed by his stepmother, cuckolded hubby Matthew Greene declined to comment beyond saying that his relationship with Daniela "is over."

But his brother's wife said Daniela was remarkably rude during their only contact about 10 years ago, when Renee Greene offered in vain to pay for Daniela and Matthew to visit.

"She was really snobby and hateful to me on the phone, and I've never even met her," said Renee, who was unaware of Daniela's crime until told by The Post.

"I was trying to get the brothers together because they hadn't seen each other in years."

Renee, whose husband is an Air Force veteran, also wondered "how she got off so easy," adding: "You'd think doing something like this, you'd get kicked out of the country."

Daniela, who was busted after returning from Syria in April 2014, faced up to eight years behind bars after secretly pleading guilty to false statements involving international terrorism. But federal prosecutors said she deserved leniency because she seemed "to have done all within her power to assist the government since her arrest," calling her cooperation "significant, long-running and substantial."



Denis Cuspert
Getty Images

FILED UNDER   FBI, ISIS, SEX AND RELATIONSHIPS, SYRIA, TERRORISTS

Recommended by