# EXHIBIT C

# FBI Employee Made Stunning Decision During Her ISIS Investigation She…

By **Missy Jackson** | **Monday Monday Staff** - May 5, 2017

## Married a Terrorist



*Photo credit: CNN*

This is a story that former FBI employee, Daniela Greene, probably wishes nobody knew about. But, the past has a way of catching up with everyone sooner or later. Greene should feel lucky that she both survived her mistake– and basically got away with her crime.

In 2014, Greene was working as an FBI translator in the Detroit field office. She had top-secret security clearance and was charged with investigating a German citizen, suspected of being a top ISIS recruiter. During her probe, Greene uncovered several online accounts and phone numbers that the wanted terrorist was using and she alerted the bureau.

As ˉ SPONSORED BY SPOUTABLE ˉt, it was one of those accounts that would alert the FBI about her. During

HOME CHEF
Valley Stream: This Meal Service Is Cheaper Than Your Local Store

2.

MACY'S
Save Big! Check Out All Of The Amazing Deals

recruiter for ISIS. She then left the country, flew to Syria, and married him. Making matters worse, she warned him about the FBI's investigation.

Somehow she managed to recognize her error and make it back home alive. Court documents, which were unsealed in May of 2015, revealed that Greene had emailed an unnamed source and told them she "escaped from Syria" and was back in the U.S. She also confessed she had...

## "Made a Mess of Things"



*Photo credit: New York Post*

Greene was arrested shortly after her return to the states. In December 2014, she pled guilty in federal court to charges of making a false statement involving international terrorism. Court records also revealed that Cuspert allegedly announced his sworn allegiance to ISIS and implored Muslim jihadists across the globe to support the terrorist organization's fight.

Shockingly, Greene knew all of this and she married him anyway. Government prosecutors

SPONSORED BY SPOUTABLE

HOME CHEF
Valley Stream: This Meal Service Is Cheaper Than Your Local Store

2.

MACY'S
Save Big! Check Out All Of The Amazing Deals

Greene was released from prison last summer and is now working as a hostess in New York.

Perhaps James Comey will greenlight a made for t.v. movie about her ordeal. He can call it "Inside the FBI: How to Marry a Terrorist and Get Away with It"

*Please Leave A Comment Below And Let Me Know What You Think...*

## TRENDING NOW:



SPONSORED BY SPOUTABLE

HOME CHEF
Valley Stream: This Meal Service Is Cheaper Than Your Local Store

2.

MACY'S
Save Big! Check Out All Of The Amazing Deals



## You Might Like

Recommended by ✉ **powerinbox**



Carson's Brain Booster Discovery Wins Nobel Prize

*TodaysNewsLive.com*



$4 Anti Aging Trick Makes 60 Look Like 35!

*People-entertainment*



Cut Down 10LBS of Belly Fat With This Natural Trick

*Trending News Today*



How To: Get Rid of Wrinkles On Face [Watch]

*Celebrity Health Tips*

## Related Stories:



Watch Blake Shelton Read THESE Hilarious Tweets Back Stage At DeGeneres

SPONSORED BY SPOUTABLE

HOME CHEF
Valley Stream: This Meal Service Is Cheaper Than Your Local Store

2.

MACY'S
Save Big! Check Out All Of The Amazing Deals



This The Grossest Thing Raj Has Ever Said To Penny?

SHARE



SPONSORED BY SPOUTABLE

HOME CHEF
Valley Stream: This Meal Service Is Cheaper Than Your Local Store

2.

MACY'S
Save Big! Check Out All Of The Amazing Deals