UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MATTHEW MCDERMOTT,

      Plaintiff,                               CASE NO.: 1:17-cv-9230-DLC

v.

MONDAY MONDAY, LLC,              **NOTICE OF MOTION**

      Defendant.
-----------------------------------------------------------x

      **PLEASE TAKE NOTICE** that, based on the accompanying Memorandum of Law, Defendant MONDAY MONDAY, LLC, by and through undersigned counsel, moves this Court to dismiss Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(2). Defendant intends to request oral argument, pursuant to Section 3F of the Court's Individual Practices in Civil Cases, to take place at 500 Pearl Street, New York, New York as soon as counsel may be heard.

      In accordance with Southern District Civil Rule 6.1(b), any answering memorandum and opposing affidavits shall be served on or before January 31, 2018, and any reply papers shall be served on or before February 7, 2018.

DATED: New York, New York         Respectfully Submitted,
         January 17, 2018

                                         **Law Offices of Nolan Klein, P.A.**
                                         *Attorneys for Defendant*
                                         39 Broadway, Suite 2250
                                         New York, NY 10006
                                         PH: (646) 560-3230 FAX: (877) 253-1691

                                         By:  */s/ Valerie K. Ferrier*
                                               VALERIE K. FERRIER, ESQ.
                                               (VK0209)
                                               ferrier@nklegal.com
                                               NOLAN KLEIN, ESQ.
                                               (NK4223)
                                               klein@nklegal.com
                                               amy@nklegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **17th** day of **January,** 2018.

By: _/s/ Valerie K. Ferrier_
VALERIE K. FERRIER, ESQ.
(VK0209)

## SERVICE LIST

**RICHARD P. LIEBOWITZ, ESQ.**
**LIEBOWITZ LAW FIRM, PLLC**
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
PH:  (516) 233-1660
RL@LiebowitzLawFirm.com
*Attorneys for Plaintiff*