```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
MATTHEW MCDERMOTT,                       :    17cv9230(DLC)
                                         :
                      Plaintiff,         :    ORDER
                                         :
         -v-                             :
                                         :
MONDAY MONDAY, LLC,                      :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-17-2018

DENISE COTE, District Judge:

On January 17, defendant filed a motion to dismiss the complaint in this action pursuant to Rule 12(b)(2), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **February 7, 2018.** It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by **February 7, 2018.** Defendant's reply, if any, shall be served by **February 16, 2018.** At the time any reply is served, the defendant shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New

York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for February 2 is adjourned <u>sine</u> <u>die</u>.

Dated:   New York, New York
         January 17, 2018

                                    _____
                                         DENISE COTE
                                  United States District Judge