# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

October 2, 2018

**VIA ECF**

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Rm. 15B
New York, NY 10007

Re:   *McDermott v. Monday Monday, LLC,* 1:17-cv-09230 (DLC)

Dear Judge Cote:

We represent Matthew McDermott in the above-referenced matter. I am writing to respectfully inquire as to the status of plaintiff's motion pursuant to Fed.R.Civ.P. 60(b) to redact Your Honor's use of the pejorative term "Copyright Troll" from Your Honor's memorandum and opinion. [Dkt. #s 26-27] This motion was filed on March 29, 2018, more than six months ago. We appreciate Your Honor's time in reconsidering use of this prejudicial stereotype to describe an Officer of the Court and, by extension, the hundreds of photographers our firm represents.

Respectfully Submitted,

/s/richardpliebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660
RL@LiebowitzLawFirm.com

*Counsel for Plaintiff Matthew McDermott*

